## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case No: 01-18442 BKC RAM
Chapter: 13

James A. Janet Roman

_____ Debtor _____ /

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $1,913.11, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Fisher Anderson. Applicant further states that:

1.     (Indicate one of the following items:)

_____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach an affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the official bankruptcy form and/or supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application**. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Application is the duly authorized representative for the business or corporation listed in the "Notice of deposit of Funds with the U.S Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

FINANCIAL OFFICE REVIEW

| | Date: | Initials: |
|---|---|---|
| Application Received | 10/9/07 | W |
| Payment Approved | 10/9/07 | W |
| Forwarded to Judge | 10/9/07 | W |
| Accounting Code | 6047 BK | |

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A local form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made a part of this application**.

**X** Applicant is an attorney or a "funds locator" who has been retained by individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

____ Applicant is the debtor(s) seeking to claim funds deposited in the name of a creditor. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to

claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.


Dated: <u>10/4/2007</u>

<u>Fisher Anderson</u>
Name Under which Funds Were Deposited

<u>9</u>
Claim Number

<u>Fisher Anderson LLC</u>
Name of Party on Whose Behalf
Application was Filed

Address: <u>4900 Broadway</u>
<u>Suite 500</u>
<u>San Antonio, TX 78209</u>

Signature of Applicant
(Note: In addition to signing, complete all
Information below)

Last Four Digits of SS# <u>3896</u>

ID# <u>74-3049851</u>

<u>Brian J. Dilks, Managing Member</u>
*Print name and title of Applicant

<u>Dilks & Knopik, LLC</u>
Print Company Name

<u>28431 SE Preston Way</u>
Print Street Address
<u>Issaquah, WA 98027</u>
Print City and State
<u>(425) 836-5728</u>
Telephone (Including area code)


*Attach corporate power of attorney if applying as authorized representative of non individual claimant.


Sworn to and Subscribed before me
On <u>10/4/07</u>

NOTARY PUBLIC, AT LARGE
STATE OF <u>WASHINGTON</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RE:                                    )        Case: 01-18442 BKC RAM
                                       )
    James A. Janet Roman          )               **AUTHORITY TO ACT**
                                       )         **Limited Power of Attorney**
                                       )         **Limited to one Transaction**
     Debtor(s)                   )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1.  **Fisher Anderson LLC** with a tax identification number of ___42 - 144 3896___, ("CLIENT"), appoints **Dilks & Knopik,
    LLC ("D&K")**, as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining
    to the outstanding tender of funds in the amount of **$1,913.11** (the "FUNDS"), including the right to collect on CLIENT's behalf
    any such funds that are held by a governmental agency or authority.

2.  CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the
    FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications
    from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT,
    less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3.  D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4.  This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned
    FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____              ___9/24_____, 20 **07**
Elizabeth Conry Davidson – Representing Attorney        Date

Elizabeth Conry Davidson
**ATTORNEY AT LAW**

4 01 Broadway, Suite ~~4~~  **500**
San Antonio, Texas 78209
Tel: (210) 653-4100    Fax: (210) 568-4036
conrv@scdav.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
*BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the
corporate seal for Fisher Anderson LLC is presently unavailable to the
undersigned.*
BY:_____  Attorney in fact for
    Signature and title      Fisher Anderson

**ACKNOWLEDGMENT**

STATE OF __Texas__        )

COUNTY OF __Bexar__       )

On this __24th__ day of __September_____, __2007__, before me, the undersigned Notary Public in and for the said County and
State, personally appeared (name) __Elizabeth Conry Davidson_____ known to me to be the person described in
and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and
for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _____

My Commission expires _____

LINDA LAMBRECHT
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES
9-10-2011

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov

In re:

James A. Janet Roman

Case No: 01-18442 BKC RAM
Chapter 13

_____ Debtor _____ /

## AFFIDAVIT OF CLAIMANT

I, Elizabeth Conry Davidson, am (indicate status of claimant):

(   ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(   ) the duly authorized representative for the claimant "business"_____; or

(   ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

(   ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $1,913.11 deposited in this court in the name of Fisher Anderson and representing claim number  (if no claim was filed write "scheduled" in blank space).

2. Claimant History: The original dividend check was mailed to 1370 NW 114th St Ste 300 Des Moines IA 50325 in the name of Fisher Anderson; this address is no longer valid.  In September of 2002 the Iowa office for Fisher Anderson LLC was closed and the operations for Fisher Anderson LLC were handled and moved to the San Diego office. I am the attorney representing Fisher Anderson LLC with a Power of Attorney for Fisher Anderson LLC. I subsequently am authorized to sign on behalf of Fisher Anderson LLC to collect these unclaimed funds.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 9-24-07

_____
Signature of claimant or representative of "business"
Claimant

Elizabeth Conry Davidson
Print Name

Representing Attorney for Fisher Anderson LLC
Title

3034
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id
such as a driver's license or passport)

4900 Broadway Suite 500
San Antonio, TX 78209
Address

210-653-4100
Phone Number

N/A
Signature of Joint Debtor (if applicable)

N/A
Print name

N/A
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id
such as a driver's license or passport)

Sworn to and Subscribed before me

On ____9-24-07____ .

_____
NOTARY PUBLIC AT LARGE

STATE OF ___Texas___

LINDA LAMBRECHT
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
9-10-2011

# EXPLANATION OF DOCUMENTATION

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Authority to Act: Limited Power of Attorney

Pages 6 - 7: Affidavit of Claimant

Page 8: Explanation of Documentation

Page 9: Photo Identification of Elizabeth Conry Davidson

Page 10: Proof of Claim Filed by Fisher Anderson

Page 11: Proof of Address of Court record (1370 NW 114th St., Ste 30, Des Moines, IA 50325)

Page 12: Affidavit of Robert K. Lorch giving authority to Ellen Lim to sign affidavits on behalf of Fisher Anderson, LLC

Page 13 – 14: Affidavit of Ellen Lim giving authority to Elizabeth C. Davidson to collect the unclaimed funds on behalf of Fisher Anderson, LLC

Page 15 – 17: Limited Power of Attorney giving authority to Elizabeth C. Davidson to collect the unclaimed funds on behalf of Fisher Anderson, LLC

Page 18 - 23: Contract of Employment and Limited Power of Attorney retaining Elizabeth Conry Davidson as attorney for Fisher Anderson, LLC

Pages 24 - 25: Order for Payment of Unclaimed Funds

This Application contains a total of 25 pages.

Dated: <u>10/4/2007</u>

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for Fisher Anderson LLC

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

**PROOF OF CLAIM**

| Name of Debtor<br>James A. Roman<br>Janet Roman | Case Number<br>01-18442 - BKC - RAM |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**IMPORTANT: BAR CODED CLAIM FORM CAN ONLY BE USED BY THE CREDITOR WHOSE NAME IS PRINTED ON THIS CLAIM FORM.**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Fisher Anderson
Name and Address where notices should be sent:

Fisher Anderson
1370 NW 114 St
Suite 300
Des Moines IA 50325

Telephone Number: (800)400-7810

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

01-18442

4873444

Account or other number by which creditor identifies debtor:
14479-1 and 14479-2

Check here if ☐ replaces
this claim ☐ amends    a previously filed claim, dated _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other Equipment Finance Agreements

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. Date debt was incurred:**
8-26-99 and 8-25-00

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed: $ 50,925.87**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at the time the case was filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach legible copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages (See reverse for instructions).
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

FILED BY
RECEIVED BY
01 DEC 21 AM 10: 58
CLERK U.S. BANKRUPTCY COURT S.D. OF FLA.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 12-20-01 | *Nicolle Stevenson* Legal Assistant<br>Nicolle Stevenson-Legal Assistant |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

File claim with: Clerk US Bankruptcy Court 51 SW First Ave. Room 1517 Miami, FL 33130

008860



# CHESTER J. CULVER
## Secretary of State
### State of Iowa

**STATEMENT OF CHANGE
OF REGISTERED OFFICE
AND/OR
REGISTERED AGENT**

186265

Pursuant to Iowa law, the undersigned submits this Statement to change the business entity's registered office and/or registered agent in Iowa. **Please read the INSTRUCTIONS on the back side of this form before completing the information and signing below.**

1. The **NAME** of the business entity is:   FISHER-ANDERSON, L.C.

2. The street address of the **CURRENT** registered **OFFICE** is:

| 1370 NW 114TH ST., STE. 300 | DES MOINES | IOWA | 50325-7065 |
|---|---|---|---|
| street | city | state | zip |

3. The street address of the **NEW** registered **OFFICE** is:

| 729 Insurance Exchange Building | Des Moines | IA | 50309 |
|---|---|---|---|
| street | city | state | zip |

4. The name of the **CURRENT** registered **AGENT** is:  SCOTT M. ANDERSON

5. The name of the **NEW** registered **AGENT** is:  THE PRENTICE-HALL CORPORATION SYSTEM, INC.

6. If the **REGISTERED AGENT** has changed, the **NEW** Registered Agent must sign here, consenting to their appointment, or attach their written consent to this form.
   THE PRENTICE-HALL CORPORATION SYSTEM, INC.
   By: _DIANN DIXON, ASST. SECRETARY_
   Signature of NEW Registered Agent

Complete **ONLY** if the Registered Agent changes.

7. If the **REGISTERED AGENT** changes the street address of their business office on this form, sign here indicating that NOTICE of the change has been given to the business entity.

   By: , _____
   Signature of Registered Agent

Complete **ONLY** if the Registered Agent changes the street address of their business office.

FILED
IOWA
SECRETARY OF STATE
12-18-00
12:36pm
W263424

8. After any/all change(s) are made, the street address of the registered office and the street ac the registered agent will be identical.

   MARCAP HOLDINGS CORPORATION,
   a Manager

9. Signature by authorized* representative: _____
   *See Instruction #9 on back

   Date: 12/01/00

   Print Name and Title: _R. C. Gluth_          President
   Name                                          Title

517996 CHOA

## AFFIDAVIT OF ROBERT K. LORCH

STATE OF ILLINOIS    )
COUNTY OF COOK    )

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned Affiant, who, after having been by me duly sworn, on oath, deposes and says:

1. My name is Robert K. Lorch. I am over eighteen (18) years of age and competent to make this affidavit. I have never been convicted of a felony or a crime of moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct, and made under penalty of perjury.

2. I am currently the Vice President & Chief Financial Officer of Marmon Holdings, Inc. ("Marmon"). Marmon is the parent and owner of Marcap Holdings Company, which in turn is the parent and owner of Marcap Vendor Finance Corp. and Fisher Anderson L.C. Ellen Lim is the acting General Manager and Chief Financial Officer of both Marcap Vendor Finance Corp. and Fisher Anderson L.C. and has the authority to sign affidavits on behalf of the companies and to recover money due Fisher Anderson L.C. and Marcap Vendor Finance Corp. on their behalf through December 31, 2007.

3. I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct and that this declaration was executed on this the _16th_ day of _July_, 2007.

FURTHER, Affiant sayeth not.

_Robert K. Lorch_
Robert K. Lorch, Vice President & Chief Financial Officer
Marmon Holdings, Inc.

STATE OF ILLINOIS    )
COUNTY OF COOK    )

On _July 16_, 2007, before me, personally appeared Robert K. Lorch, Vice President & Chief Financial Officer of Marmon Holdings, Inc., personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Carol D'Ascenzo_
Notary Public

"OFFICIAL SEAL"
CAROL D'ASCENZO
Notary Public, State of Illinois
My Commission Expires Feb. 26, 2009

## AFFIDAVIT OF ELLEN LIM

I, under penalty of perjury under the laws of the United States of America do verify that the following statements and information are true and correct and that I have personal knowledge of same:

1. "I am over eighteen (18) years of age and competent to make this Declaration. I have never been convicted of a felony or a crime of moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct, and made under penalty of perjury.

2. "My name is Ellen Lim. I am currently the acting Chief Financial Officer and General Manager of Fisher Anderson, LLC and the acting Chief Financial Officer and General Manager of Marcap Vendor Finance Corporation. I have been given the authority as the acting Chief Financial Officer and General Manager to obtain unclaimed funds and other moneys due Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation. I have the authority to act on their behalf and appoint a power of attorney and agent to act on their behalf in the collection of these funds. By separate document, a power of attorney, I have appointed Elizabeth C. Davidson to act as power of attorney on their behalf.

3. "I understand that, pursuant to state and/or federal law, I may be fined or imprisoned or both if I have knowingly and fraudulently made any false statements in this document.

_____
Ellen Lim, General Manager and CFO of
Fisher Anderson, LLC and of Marcap
Vendor Finance Corporation

STATE OF FLORIDA       §
COUNTY OF ST LUCIE   §

On _September 20, 2007_ before me, personally appeared Ellen Lim, General Manager and Chief Financial Officer of Fisher Anderson, LLC and Marcap Vendor Finance Corporation personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or the

entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

HELENE ACKERMAN
MY COMMISSION # DD488747
EXPIRES: Nov. 7, 2009
(407) 398-0153    Florida Notary Service.com

(SEAL)

Notary Public

My commission expires on _Nov, 07, 2009_

## LIMITED POWER OF ATTORNEY

I, Ellen Lim, Acting General Manager and CFO of Fisher Anderson, LLC and Marcap Vendor Finance Corporation, residing at PO Box 881676, Port Saint Lucie, FL 34988-1676 hereby appoint Elizabeth Conry Davidson of Elizabeth Conry Davidson Attorney at Law, to act as the Attorney-in-Fact ("Agent") for Fisher Anderson, LLC and Marcap Vendor Finance Corporation.

The Agent shall have full power and authority to act on behalf of Fisher Anderson, LLC and Marcap Vendor Finance Corporation as set out herein. This power and authority shall authorize the Agent to manage and conduct all of Fisher Anderson, LLC and Marcap Vendor Finance Corporation's affairs and to exercise all of their legal rights and powers, including all rights and powers that the companies may acquire in the future and that are delineated herein. The Agent's powers shall include, but not be limited to, the powers to:

1. Conduct any business with any respect to any cases Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation are or will become a party or creditor to in any federal or state court in the United States, which shall include, but not be limited to, the power to:

    a. Seek and obtain unclaimed funds on behalf of Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation and do all actions that may be necessary for this undertaking

    b. Accept and negotiate checks/money on behalf of Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation in connection with obtaining unclaimed funds and/or settlements.

    c. Sign any and all papers that must be executed for the purpose of representing Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation as their agent and attorney in connection with the foregoing.

2. Take any and all legal steps necessary to collect any moneys owed to Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation, or to settle any claim on their behalf.

3. Enter into binding contracts as acting agent on behalf of Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation, including settlement and/or release agreements and employment contracts in connection with the foregoing.

4 Prepare, sign, and file documents with any party, governmental body or agency, or court, including, but not limited to, authorization to:

a. Prepare, sign and file documents as acting Agent for Fisher Anderson, LLC or Marcap Vendor Finance Corporation.

b. Obtain information or documents from any government or its agencies, and negotiate, compromise, or settle any matter with such party, court, entity, or person (excluding tax matters).

c. Prepare applications, provide information, and perform any other act reasonably requested by any party, court, government or its agencies in connection with acting as agent for Fisher Anderson, LLC and/or Marcap Vendor Finance Corporation to obtain unclaimed funds.

This Power of Attorney shall be construed broadly as a Limited Power of Attorney. The listing of specific powers is not intended to limit or restrict the specific powers granted in this Power of Attorney in any manner.

Fisher Anderson and Marcap Vendor Finance Corporation authorize the acting Agent to indemnify and hold harmless any third party who accepts and acts under this document.

This Power of Attorney shall continue effective until it is revoked or until Fisher Anderson LLC and Marcap Vendor Finance Corporation are dissolved. This Power of Attorney may be revoked by me at any time by providing written notice to the Agent.

Dated _____9/20/07_____, 2007 at _Port St. Lucie, FL_

_____

ELLEN LIM, General Manager and Chief Financial Officer of Marcap Vendor Finance Corporation and Fisher Anderson, LLC

WITNESS' SIGNATURE:                    WITNESS' SIGNATURE:

WITNESS' PRINTED FULL LEGAL NAME:    WITNESS' PRINTED FULL LEGAL

John C. Ackerman                                NAME:

                                                     Helene Ackerman

**Acknowledgement:**

STATE OF FLORIDA

COUNTY OF _ST. Lucie_

The foregoing instrument was acknowledged before me this _20_ day of _September_, 20 _07_ by ELLEN LIM who is personally known to me or who has produced _FL. Driver's License_ as identification.

_[signature]_
Signature of person taking acknowledgment

HELENE ACKERMAN
MY COMMISSION # DD488747
EXPIRES: Nov. 7, 2009
(407) 398-0153    Florida Notary Service.com

## <u>CONTRACT OF EMPLOYMENT AND LIMITED POWER OF ATTORNEY</u>

THIS AGREEMENT is entered into in San Antonio, Bexar County, Texas, by and between MarCap Vendor Finance Corp., MarCap Holdings Corporation, and Fisher-Anderson, L.C., (hereinafter referred to as "CLIENT") and Elizabeth Conry Davidson (hereinafter referred to as "ATTORNEY"). In consideration of the mutual promises contained herein, CLIENT and ATTORNEY hereby agree as follows:

I.
### SCOPE OF REPRESENTATION

CLIENT hereby retains and employs ATTORNEY as counsel to represent and counsel CLIENT in various matters that arise in the course of CLIENT's business as requested by CLIENT.

Specifically excluded from the scope of this employment is the providing of tax services and/or advice that pertains to the taxable nature, or not, of any monies paid and/or recovered by CLIENT. Accordingly, Elizabeth Conry Davidson recommends and urges CLIENT to seek and obtain independent professional tax advice regarding the tax effects of financial issues encountered and/or raised in and/or by the litigation described hereinabove.

Also specifically excluded from the scope of this employment is presentation of CLIENT's case and/or claims to any appellate court. If appeal is necessary or desired, CLIENT and ATTORNEY will consider the appeal as a separate and distinct cause of action requiring a new fee arrangement.

II.
### LIMITED POWER OF ATTORNEY

ATTORNEY is hereby fully authorized and empowered to do all things that CLIENT might lawfully do including, but not limited to, the signing of any and all papers that may be necessary to be executed for the purposes of representing CLIENT. ATTORNEY shall not settle or compromise any case or matter on CLIENT's behalf without authority from CLIENT.

III.
### ATTORNEY'S FEES & RETAINER

In partial consideration for the services rendered and to be rendered by ATTORNEY, CLIENT agrees to pay to ATTORNEY at a rate of $175.00 per hour. ATTORNEY'S fees will be billed monthly and are payable upon receipt. Any ATTORNEY'S fees which are

Contract of Employment &
Limited Power of Attorney                    Page 1 of 6

recovered by ATTORNEY from a third party will be paid over to CLIENT, so long as all fees due and payable under this agreement have been paid. All ATTORNEY time is billed in six (6) minute increments and all time expended is rounded up to the next six-minute increment.

CLIENT understands and acknowledges that it is impossible to accurately predict all that will be required to represent CLIENT's legal interests in the matters covered by this Agreement, both present and future. CLIENT understands and acknowledges that it is, thus, impossible to accurately predict the total amount of fees for professional services or expenses that may be involved in representing CLIENT. CLIENT is cautioned that sometimes, and not infrequently, complexities develop in areas where they are not expected. Litigation is often very time-consuming. ATTORNEY makes no express or implied representations or guarantees concerning the outcome of the matters in which CLIENT retains ATTORNEY under this Agreement or the length of time it will take to complete any given matter.

## IV.
## EXPENSES

In further consideration for the services rendered and to be rendered by ATTORNEY, CLIENT agrees to promptly reimburse ATTORNEY for incidental expenses incurred by ATTORNEY in the prosecution of CLIENT's case. Expenses incurred on behalf of CLIENT may include, but are not limited to, the following: postage, courier services, photocopies, filing fees, parking, court reporters, video operators, exhibits, travel expenses, investigative services, and expert witnesses. CLIENT must approve any expense in excess of $100.00.

All out-of-pocket expenses incurred by ATTORNEY in representing CLIENT will be billed to CLIENT. CLIENT agrees to remit payment to reimburse such expenses immediately upon receipt of ATTORNEY's invoice for same.

## V.
## TERMINATION OF REPRESENTATION

ATTORNEY, after investigation of the facts, research of the law and due consideration of CLIENT's claims and/or defenses, may cancel and declare VOID this Contract of Employment, or any unfulfilled part hereof, thereby fully releasing ATTORNEY from further action in representing CLIENT in any capacity.

CLIENT specifically authorizes ATTORNEY to withdraw from this agreement and, thereby, the representation of CLIENT at any time upon the happening of any of the following events:

(a)    CLIENT insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by a good faith argument for an extension or reversal of such law;

(b)    CLIENT personally seeks to pursue an illegal course of conduct;

(c)    CLIENT requests that ATTORNEY pursue a course of conduct which is illegal or prohibited under disciplinary rules;

(d)    CLIENT engages in conduct that renders it unreasonably difficult for ATTORNEY to carry out employment;

(e)    CLIENT insists upon ATTORNEY engaging in conduct which is contrary to the judgment or advise of ATTORNEY;

(f)    CLIENT fails to pay ATTORNEY's fees or to reimburse expenses when due;

(g)    CLIENT fails to keep ATTORNEY promptly informed of any change in CLIENT's home address and home telephone number; or

(h)    CLIENT fails to cooperate in the prosecution and/or defense of CLIENT's interests.

## VI.
## NATURE OF LITIGATION

ATTORNEY has advised CLIENT that the outcome of legal representation and litigation is impossible to predict with certainty. Thus, CLIENT understands that, regardless of how strong its defenses and/or claims appear, it is impossible to guarantee or even predict with certainty that CLIENT will prevail or obtain resolution satisfactory to CLIENT.

## VII.
## TEXAS LAW APPLIES

This Agreement shall be construed under and in accordance with the Laws of the State of Texas.

## VIII.
## PARTIES BOUND

This Agreement shall be binding upon and inure to the benefit of the parties hereto and the respective heirs, personal representatives, legal representatives, successors and assigns.

## IX.
## LEGAL CONSTRUCTION

Contract of Employment &
Limited Power of Attorney                    Page 3 of 6

This Agreement shall remain valid and enforceable in the event one or more provisions herein shall be held invalid, illegal or unenforceable.

SIGNED on this the 24th day of April, 2006.

I hereby certify and acknowledge that I have read this Agreement and voluntarily entered into same fully aware of its terms and conditions.

**CLIENT:**   MarCap Vendor Finance Corp.

**ATTORNEY:** Elizabeth Conry Davidson

**ADDRESS:** 13475 Danielson Road
Suite 120
Poway, CA 92064

**ADDRESS:** 4900 Broadway
Suite 400
San Antonio, TX 78209

**TEL:**   1-858-218-1660

**TEL:**   1-210-653-4100

**BY:** _____
Ellen Lim
General Manager of
MarCap Vendor Finance
Corp.

**BY:** _____
Elizabeth Conry Davidson

**CLIENT:**   MarCap Holdings Corporation

**ADDRESS:** 13475 Danielson Road
Poway, CA 92064

**TEL:**   1-858-218-1660

**BY:** _____
Authorized Agent for
MarCap Holdings Corporation
Vendor Finance

**CLIENT:**   Fisher-Anderson L.L.C. ( owned by Marcap Vendor Finace )

Contract of Employment &
Limited Power of Attorney                    Page 4 of 6

**ADDRESS:** Same as MVF

**TEL:**

**BY:** _____

Authorized Agent for
Fisher-Anderson, L.C.

Contract of Employment &
Limited Power of Attorney          Page 5 of 6

---

## NOTICE TO CLIENT

**THE STATE BAR OF TEXAS INVESTIGATES AND PROSECUTES PROFESSIONAL MISCONDUCT COMMITTED BY TEXAS ATTORNEYS.**

**ALTHOUGH NOT EVERY COMPLAINT AGAINST OR DISPUTE WITH A LAWYER INVOLVES PROFESSIONAL MISCONDUCT, THE STATE BAR OFFICE OF THE GENERAL COUNSEL WILL PROVIDE YOU WITH INFORMATION ABOUT HOW TO FILE A COMPLAINT.**

**FOR MORE INFORMATION, PLEASE CALL 1-800-932-1900. THIS IS A TOLL-FREE PHONE CALL.**

---

Contract of Employment &
Limited Power of Attorney                Page 6 of 6

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on 10/4/2007 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
R. Alexander Acosta
99 NE 4th Street
Miami, FL 33132

James A. Janet Roman
Debtor
15533 SW 102 Ct.
Miami, FL 33157

Nancy N Herkert
Case Trustee
POB 279806
Miramar, FL 33027

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Michael J Brooks
Debtor's Attorney
pleadings@bkclawmiami.com

Dated: 10/4/2007

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Fisher Anderson LLC